1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

JAMAL HOUSTON BROWN,

9

Petitioner,

Case No. C23-319-JNW-SKV

10

v.

11

MERRICK GARLAND, *et al*.,

ORDER GRANTING PETITIONER'S
MOTION FOR EXTENSION OF TIME

12

Respondents.

13

14

       This is a federal habeas action filed under 28 U.S.C. § 2241.  This matter comes before

15

the Court on Petitioner's motion for an extension of time to respond to the government's return

16

and motion to dismiss.  Dkt. 11.  Petitioner requests in his motion that the due date for his

17

response be extended from May 8, 2023, to May 22, 2023, as a travel document is expected to be

18

issued shortly for Petitioner's deportation to the United Kingdom.  *Id*. at 1.  Petitioner's counsel

19

explains that, assuming Petitioner is deported as expected, his petition will become moot.  *Id*. at

20

2.  Petitioner's counsel represents to the Court that he has conferred with counsel for the

21

government, and that the government's attorney does not oppose the requested extension.  *Id*. at

22

1-2.

23

ORDER GRANTING PETITIONER'S
MOTION FOR EXTENSION OF TIME - 1

The Court deems Petitioner's request reasonable.  Accordingly, the Court hereby ORDERS as follows:

(1)     Petitioner's motion for extension of time (Dkt. 11) is GRANTED.  Petitioner is directed to file any response to the government's return and motion to dismiss not later than ***May 22, 2023***.

(2)     The government's motion to dismiss (Dkt. 7) is RE-NOTED on the Court's calendar for consideration on ***May 26, 2023***.  The government shall file any reply brief in support of its motion by that date.

(3)     The Clerk is directed to send copies of this Order to all counsel of record and to the Honorable Jamal N. Whitehead.

DATED this 10th day of May, 2023.

S. KATE VAUGHAN
United States Magistrate Judge

ORDER GRANTING PETITIONER'S
MOTION FOR EXTENSION OF TIME - 2