UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMAL HOUSTON BROWN,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>MERRICK GARLAND, Attorney General of the United States; ALEJANDRO MAYORKAS, Secretary, United States Department of Homeland Security; NATHALIE ASHER, Seattle Field Office Director, United States Citizenship and Immigration Services; WARDEN of Immigration Detention Facility; and the U.S. Immigration and Customs Enforcement,<br><br>　　　　　Respondents. | No. C23-319-JNW-SKV<br><br>ORDER GRANTING STIPULATED MOTION TO DISMISS PETITION FOR WRIT OF HABEAS CORPUS |

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), it is hereby ORDERED that this case is dismissed with prejudice and without an award of fees and costs to either party.

Dated this 5th day of June 2023.

_____
Jamal N. Whitehead
United States District Judge

ORDER TO DISMISS
WRIT OF HABEAS CORPUS
(*Brown v. Garland, et al.*, C23-319-JNW-SKV) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

Presented by:

s/ *Gregory Murphy*, AFPD
Attorney for Jamal Houston Brown

s/ *Michelle R. Lambert*, AUSA
Attorney for Respondents

ORDER TO DISMISS
WRIT OF HABEAS CORPUS
(*Brown v. Garland, et al.*, C23-319-JNW-SKV) - 2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**